


**CRIM 315**

P51345/M. BRAVO

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

**MEMORANDUM**

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Marcela Bravo, United States Probation Officer |
| **RE:** | Hector Dalmasi |
| **DATE:** | April 2, 2008 |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On March 15, 2001, the above-named individual was sentenced in the District of South Carolina outlined in the attached J & C.

In March 19, 2008, we received the Prob. 22's endorsed by the Honorable G. Ross Anderson, Jr., U.S. District Court Judge, ordering Mr. Dalmasi's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5137.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *Marcela Bravo*
Marcela Bravo
U.S. Probation Officer